UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERALD G. EITNER,

          Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

CASE NO. C18-5607 RAJ-BAT

**ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS**

     The Court **GRANTS** plaintiff's *in forma pauperis* application, Dkt. 1, and **ORDERS**:

Plaintiff shall be issued summonses. Plaintiff is responsible for serving the complaint and

summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil

Procedure. Plaintiff may effectuate service electronically as detailed in Amended General Order

04-15 and General Order 05-15, by sending a copy of the summonses and complaint, along with

plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

     DATED this 2nd day of August, 2018.


_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge