# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GERALD G. EITNER,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 3:18-CV-05607-RAJ-BAT<br><br><br><br>~~PROPOSED~~ ORDER |

    Based on Defendant's Motion, it is hereby ORDERED that the due date for Defendant's Response to Plaintiff's Motion for Attorney's Fees, Costs, and Expenses, shall be extended as follows:

    Defendant shall have up to and including Monday, June 28, 2021, to file a response to Plaintiff's Motion for Attorney's Fees, Costs, and Expenses.

    Dated this the 1st day of June, 2021.

*/s/ Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge