UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD C. EITNER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | Case No. 3:18-cv-5607-RAJ<br><br>**ORDER** |

This matter comes before the Court following an appeal (Dkt. 24) of the Court's order affirming the Social Security Administration's denial of Plaintiff's claim for benefits (Dkt. 21). On February 10, 2021, the United States Court of Appeals for the Ninth Circuit issued a Memorandum (Dkt. 26) reversing and remanding this Court's decision to the Social Security Administration for additional proceedings consistent with the Memorandum.

On April 5, 2021, the Court of Appeals issued the formal Mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, making it the final judgment of that Court. Dkt. 27.

ORDER - 1

It is therefore hereby ORDERED that this matter be remanded to the Social Security Administration for further proceedings consistent with the Memorandum of the United States Court of Appeals for the Ninth Circuit, entered February 10, 2021.  Dkt. 26.

DATED this 22nd day of November, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2